# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

**CLERK'S CERTIFICATE OF ACTION TAKEN ON
PLAINTIFF(S) REQUEST FOR ENTRY OF DEFAULT**

Jessica Azzara

      vs.     CASE NUMBER: **1:16-CV-1213**

National Credit Adjusters, LLC

    I, LAWRENCE K BAERMAN, CLERK, by S. Potter, Deputy Clerk, certify that I have reviewed the Court's docket and have determined that proof of proper service for the party against whom judgment is being sought has been filed and that this party has not appeared in the action. Accordingly, entry of default is hereby noted and entered on this 14th day of December, 2016 against National Credit Adjusters, LLC.

Dated:   December 14, 2016

*[Signature]*
Clerk of Court

By: s/ S. Potter

Deputy Clerk